# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ANGELA A. SCHEIT,**

      **Plaintiff,**

 v.                          **Case No. 22-CV-1138**

**CHRISTOPHER SCHMALING,** *et al.,*

      **Defendants.**

---

## ORDER

---

On November 18, and November 20, 2024, the defendants filed motions for summary judgment on the merits. (ECF Nos. 78, 85.) On November 18, and November 21, 2024, the court issued two notices and orders informing *pro se* plaintiff Angela A. Scheit that she had until December 18 and December 20, 2024, respectively, to file responses to the defendants' motions for summary judgment motion. (ECF Nos. 84, 91.) In both notices and orders the court cautioned Scheit that if by those dates she did not respond to the motions or file a letter explaining why she was unable to do so the court would accept all facts asserted by the defendants as undisputed.

On December 6, 2024, Scheit filed a motion for extension of time to respond to both motions for summary judgment. (ECF No. 93.) The court granted the motion, making Scheit's deadline to respond to both motions February 20, 2025. (ECF No. 94.)

The February 20, 2025, deadline has passed and Scheit has not filed responses to either summary judgment motion. As such, the court will construe the motions as unopposed. The court has reviewed the defendants' motions, briefs in support, and the undisputed facts, *see* Fed. R. Civ. P. 56(e)(2), and concludes that they are entitled to summary judgment on the merits. The case is dismissed.

**IT IS THEREFORE ORDERED** that the defendants' motions for summary judgment (ECF No. 78, 84) are **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED with prejudice**. The Clerk of Court will enter judgment accordingly.

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this court a notice of appeal within **30 days** of the entry of judgment. *See* Federal Rule of Appellate Procedure 3, 4. This court may extend this deadline if a party timely requests an extension and shows good cause or excusable neglect for not being able to meet the 30-day deadline. *See* Federal Rule of Appellate Procedure 4(a)(5)(A).

Under certain circumstances a party may ask this court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within **28 days** of the entry of judgment. The court cannot extend this deadline. *See* Federal Rule of Civil Procedure 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a

reasonable time, generally no more than one year after the entry of the judgment. The court cannot extend this deadline. *See* Federal Rule of Civil Procedure 6(b)(2). A party is expected to closely review all applicable rules and determine what, if any, further action is appropriate.

Dated at Milwaukee, Wisconsin this 11th day of March, 2025.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge

3